IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| UNITED STATES OF AMERICA, | ) | No. 23-CR-1019 |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| vs. | ) | **Counts 1 and 3** |
| ANTHONY FRANK ERNST, | ) | 21 U.S.C. § 841(a)(1): Possession with Intent to Distribute a Controlled Substance |
| Defendant. | ) | **Count 2** |
|  | ) | 21 U.S.C. § 841(a)(1): Distribution of a Controlled Substance |

The Grand Jury charges:

## Count 1

### Possession with Intent to Distribute a Controlled Substance

On or about April 4, 2023, in the Northern District of Iowa, defendant ANTHONY FRANK ERNST did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Count 2

### Distribution of a Controlled Substance

On or about June 7, 2023, in the Northern District of Iowa, defendant ANTHONY FRANK ERNST did knowingly and intentionally distribute a mixture

or substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Count 3

**Possession with Intent to Distribute a Controlled Substance**

On or about June 9, 2023, in the Northern District of Iowa, defendant ANTHONY FRANK ERNST did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, fentanyl, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

_____s/_____  08-23-2023
Grand Jury Foreperson   Date

TIMOTHY T. DUAX
United States Attorney

By: _____
ADAM J. VANDER STOEP
Special Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 8/23/2023
PAUL DE YOUNG, CLERK