# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY FRANK ERNST,<br><br>　　　　Defendant. | No. 23-cr-1019-CJW<br><br>**ORDER SCHEDULING INITIAL APPEARANCE AND ARRAIGNMENT** |

_____

　　The initial appearance and arraignment for the above defendant will take place before the undersigned on **Tuesday, August 29, 2023, at 11:00 a.m.**; United States Courthouse, Courtroom 4, 111 7th Avenue SE, Cedar Rapids, Iowa.

　　**IT IS SO ORDERED** this 25th day of August, 2023.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa